UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE LAMONT JONES
#192273, a/k/a/ Terrence Lamont Jones,

        Plaintiff,

Case No. 1:07-cv-939

HON. JANET T. NEFF

v.

STEVEN FREDENBURG,

        Defendant.
_____/

## JUDGMENT

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court grant Defendant's motion and enter judgment for Defendant. The Report and Recommendation was duly served on the parties. No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant to FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt 28) is **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 19) is **GRANTED** and Judgment is entered against Plaintiff and in favor of Defendant.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Judgment would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).

Dated:  November 19, 2008                              /s/Janet T. Neff                              
                                                                         JANET T. NEFF
                                                                         UNITED STATES DISTRICT JUDGE